**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 5, 2015

Hon. Roberto D. Puente
Attorney at Law
1315 W. Polk, Ste. 24
Pharr, TX 78577
* DELIVERED VIA E-MAIL *

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00166-CR
Tr.Ct.No.  CR-3747-14-H
Style:    Jorge Luis Gonzalez v. The State of Texas

Dear Sir/Madam:

     Appellant's amended brief in the above-referenced cause was received and filed in this Court on Friday, July 31, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch